GERMÁN ORTIZ, demandante apelado, *v.* PEDRO G. QUIÑONES, demandado apelante.

No. 4812.* Incidente de embargo.

OPINIÓN DISIDENTE DEL JUEZ ASOCIADO SR. WOLF.

Mi idea es que la fianza prematuramente expedida era enteramente nula, y, por tanto, insuficiente para sostener el embargo. Si, según ha resuelto el Tribunal, la fianza servía para cualquier fin por el término de cinco días, en forma similar serviría para seis, y así sucesivamente, *ad infinitum*. La idea de una fianza es para proteger al demandado, y aquí él no tendría a mi juicio recurso alguno contra la fianza según fué originalmente radicada. Así, pues, el embargo debió ser anulado.